

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

|  |  |  |
|---|---|---|
| CLAYTON SHELDON CREEK, | * | CIV 08-3009 |
| | * | |
| Petitioner, | * | ORDER |
| | * | |
| -vs- | * | |
| | * | |
| DOUGLAS WEBER, Warden, South | * | |
| State Penitentiary, | * | |
| | * | |
| Respondent. | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, attacking petitioner's 2000 rape conviction, was denied both as a second and successive habeas petition and on the merits. Petitioner filed a "petition under 28 U.S.C. § 1655 for setting aside the judgment by default." 28 U.S.C. § 1655 sets forth the procedure in federal court for enforcing a lien in the absence of the defendant. That procedure has no applicability to a federal habeas proceeding.

Now, therefore,

IT IS ORDERED that the petition, Doc. 9, to set aside the judgment is denied.

Dated this 23rd day of June, 2008.

BY THE COURT:

_____
CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HAAS, Clerk

BY: _____
                                    DEPUTY

(SEAL)