
FILED
JUN 2 4 2009

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| CLAYTON SHELDON CREEK, | * | CIV 08-3009 |
| Petitioner, | * | ORDER |
| -vs- | * | |
| DOUGLAS WEBER, Warden, South State Penitentiary, | * | |
| Respondent. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, attacking petitioner's 2000 rape conviction, was denied both as a second and successive habeas petition and on the merits. Petitioner appealed. I denied petitioner's application for a certificate of appealability, as did the United States Court of Appeals for the Eighth Circuit. The Eighth Circuit dismissed the appeal on October 27, 2008.

Petitioner has filed a motion for a certificate of probable cause to appeal. Petitioner's appeal was dismissed. He had no appeal as of right from a district court order denying a petition for a writ of habeas corpus. 28 U.S.C. § 2253(b). Upon the filing of the final judgment of the United States Court of Appeals for the Eighth Circuit denying his request for a certificate of appealability and dismissing his appeal, the petitioner's only avenue of relief was to file a petition for a writ of certiorari in the United States Supreme Court.

Now, therefore,

IT IS ORDERED that the motion for a certificate of probable cause to appeal is denied.

Dated this 23rd day of June, 2008.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HAAS, Clerk

BY_____
DEPUTY
(SEAL)